PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:03CR00079-01** |
| ) | |
| **JUSTIN JOSEPH HOURANY** ) | |

On August 5, 2003, the above-named was placed on Probation for a period of 3 years. Justin J. Hourany has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**

Dated:   November 14, 2005
         Sacramento, California
         MMF/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:** **Justin Joseph HOURANY**
       **Docket Number:   2:03CR00079-01**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the Justin J. Hourany be discharged from Probation, and that the proceedings in the case be terminated.

**Date**: November 28, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

MMF/cp
Attachment:   Recommendation
cc:   United States Attorney's Office